Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: 12/20/2017

Case:  Andreou et al v. Omonia Cafe, Inc.          Cheeks Conf. @ 11:00 AM

Civ. A. 1:17-cv-03328

ECF Recording in 13A South:          ☐ Telephone Conference          ☑ In-person Conference

Counsel: *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐ JPTO Conference    ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☑ Motions decided on the record          [16] granted

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder          ☐ To be served     ☐ To be filed
    ☐ Complaint ☐ Answer                 ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference          Date:          Time:
    ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated          ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference          Date:          Time:

1/2

Page __ of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Andreou   Civ. A. 17-3328

Date: 12/20/2017

**Additional Orders:**

For the reasons set forth in the letter at [16] and as discussed in detail on the record, the settlement is approved as fair and reasonable under Cheeks. Counsel to file the stipulation of dismissal.

Case is marked closed.

Page 2 of 2